UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WALTER EDWARD HARRINGTON,

    Petitioner,                                      Case No. 1:09-cv-122

v                                                  HON. JANET T. NEFF

KENNETH McKEE,

    Respondent.

_____/

## **FINAL ORDER**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Objections (Dkt 53) are DENIED and the Report and Recommendation of the Magistrate Judge (Dkt 48) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the petition for habeas corpus relief (Dkts 1, 4) is DENIED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is DENIED as to each issue asserted.

Date: January 24, 2012                                /s/ Janet T. Neff
                                                            JANET T. NEFF
                                                            United States District Judge